UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEVIRA BROWN, | Case No. 3:16-cv-1511-AC |
| Plaintiff, | JUDGMENT |
| v. | |
| VIGOR FAB LLC, an Oregon corporation | |
| Defendant. | |

ACOSTA, Magistrate Judge:

On November 8, 2016, this court ordered plaintiff to appear in person at 9:30 a.m. on Thursday, December 1, 2016, to show cause why this case should not be dismissed for lack of prosecution due to lack of service. The court additionally ordered plaintiff to file a written statement setting forth the status of the action and whether good cause exists to dismiss for lack of service. Plaintiff, directly or through his attorney, did not file the written statement by the required deadline or at any time thereafter. Furthermore, neither plaintiff nor his attorney appeared at the hearing or

Page 1 - FINDINGS AND RECOMMENDATION

contacted the court regarding the hearing.  Accordingly,

      IT IS ORDERED and ADJUDGED that plaintiff's complaint and action are DISMISSED, without prejudice, for lack of prosecution.  Pending motions, if any, are denied as moot.

      DATED this 1st day of December, 2016.


                              /s/ John V. Acosta
                              JOHN V. ACOSTA
                      United States Magistrate Judge